# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| TOKIO MARINE SPECIALTY INSURANCE COMPANY,<br><br>　　　Plaintiff/<br>　　　Counter Defendant,<br><br>v.<br><br>THE SOMMERS COMPANY d/b/a KOA SAVANNAH SOUTH,<br><br>　　　Defendant/<br>　　　Counter Plaintiff,<br><br>and GERALDINE G. GAUTREAU,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV425-202 |

## <u>ORDER</u>

Plaintiff and Counter-Defendant Tokio Marine Specialty Insurance Company and Defendant and Counter-Plaintiff The Sommers Company d/b/a KOA Savannah South have notified the Court that they have reached a settlement that, once finalized, "is expected to resolve the claims at issue in this declaratory judgment action."  Doc. 38 at 1.  They anticipate filing a dismissal once the settlement is finalized.  *Id.*  In light of the settlement and anticipated dismissal, their Motion to stay these proceedings pending a ruling in a related case in the State Court of

Bryan County, Georgia is **DISMISSED AS MOOT**.  Doc. 37.  If the parties have not filed the anticipated dismissal by July 13, 2026, they are **DIRECTED** to file a joint status report providing an update on the status of their settlement by that date.

 **SO ORDERED**, this 12th day of June, 2026.

       _____

       CHRISTOPHER L. RAY
       UNITED STATES MAGISTRATE JUDGE
       SOUTHERN DISTRICT OF GEORGIA